1138

MILLER, Respondent, v. HATTER, Appellant. (Supreme Court, Appellate Division, Fourth Department. April Term, 1900.) Action by Henrietta Miller against Elizabeth Hatter. No opinion. Appeal dismissed, under general rule 39.

MISHNER v. SINGER MFG. CO. (City Court of New York, General Term. October 29, 1900.) Action by Louis Mishner against the Singer Manufacturing Company. From a judgment in favor of plaintiff, defendant appeals. Affirmed. Benjamin L. Brandner, for appellant. Max D. Steuer, for respondent. PER CURIAM. Judgment affirmed, with costs.

MITCHELL et al., Respondents, v. ANDERSON, Defendant (BELL, Appellant). (Supreme Court, Appellate Division, Fourth Department. May Term, 1900.) Action by John Mitchell and another against William E. Anderson and James A. Bell, attaching creditor. No opinion. Appeal dismissed, under general rule 39. See 66 N. Y. Supp. 118.

MORGAN v. METROPOLITAN ST. RY. CO. (Supreme Court, Appellate Division, First Department. July 17, 1900.) Action by Morgan E. Morgan against the Metropolitan Street-Railway Company. No opinion. Motion denied. See 59 N. Y. Supp. 1110, and 64 N. Y. Supp. 826.

MUNZINGER v. UNITED PRESS et al. (Supreme Court, Appellate Division, First Department. October 19, 1900.) Action by Louis Munzinger against the United Press and others. No opinion. Motion denied, with $10 costs. See 46 N. Y. Supp. 1097, and 47 N. Y. Supp. 1143.

MURGATROYD v. TOWN OF HEMPSTEAD GAS & ELECTRIC LIGHT CO. (two cases). (Supreme Court, Appellate Division; Second Department. October 5, 1900.) Actions by William Murgatroyd and Annie Murgatroyd against the Town of Hempstead Gas & Electric Light Company. No opinion. Motion for leave to appeal to the court of appeals denied. See 64 N. Y. Supp. 1144, 66 N. Y. Supp. 56, and 65 N. Y. Supp. 1142.

MURPHY, Appellant, v. NASSAU ELECTRIC R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. October 26, 1900.) Action by Nora Murphy against the Nassau Electric Railroad Company. No opinion. Judgment of the county court of Kings county unanimously affirmed, with costs.

MURPHY, Appellant, v. SUPREME COUNCIL OF CATHOLIC MUT. BEN. ASS'N, Respondent. (Supreme Court, Appellate Division, Fourth Department. April Term, 1900.) Action by James G. Murphy against the Supreme Council of the Catholic Mutual Benefit Association. No opinion. Judgment and order affirmed, with costs.

NATIONAL CASH-REGISTER CO. v. BESCH. (Supreme Court, Appellate Division, Third Department. September 11, 1900.) Action by the National Cash-Register Company against Joseph Besch. PER CURIAM. Order modified, so as to read as follows: "Interlocutory judgment reversed, with costs of appeal to the appellant, and demurrer overruled, with costs of demurrer to the appellant to abide the event of the action." See 64 N. Y. Supp. 462.

NAVEL, Appellant, v. BODDY, Respondent. (Supreme Court, Appellate Division, Fourth Department. September 25, 1900.) Action by William Navel against William M. Boddy. No opinion. Order affirmed, with $10 costs and disbursements.

NEUSTADT, Respondent, v. NASSAU ELECTRIC R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. July 17, 1900.) Action by Lena Neustadt against the Nassau Electric Railroad Company. PER CURIAM. Judgment and order unanimously affirmed, with costs. GOODRICH, P. J., and JENKS, J., concur for affirmance, except as to amount of verdict, which they think should be reduced.

NEW YORK ROOFING CO., Respondent, v. SMITH et al., Appellants. (Supreme Court, Appellate Division, First Department. July 17, 1900.) Action by the New York Roofing Company against James B. Smith and others. J. F. Miller, for appellants. F. Baumeister, for respondent. No opinion. Judgment (65 N. Y. Supp. 1142) affirmed, with costs.

NORTHERN TRUST CO., Appellant, v. CITY OF ROCHESTER, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 9, 1900.) Action by the Northern Trust Company, as, etc., against the city of Rochester. PER CURIAM. Order affirmed, with $10 costs and disbursements. Held, that the appellant's remedy is to apply to the county court for an order declaring the proceeding abandoned. All concur, except ADAMS, P. J., not voting.

PAKAS, Respondent, v. HOLLINGSHEAD et al., Appellants. (Supreme Court, Appellate Term. November 7, 1900.) Action by Solomon L. Pakas against William E. Hollingshead and another. From a judgment of the general term of the city court of New York affirming a judgment in favor of plaintiff (65 N. Y. Supp. 663), and an order denying a new trial, the defendants appeal. Affirmed. PER CURIAM. Judgment affirmed, with costs.

PAPANOE v. DONAHOE. (Supreme Court, Appellate Division, Third Department. September 11, 1900.) Action by Albert Papanoe against Martin C. Donahoe. No opinion. Motion denied, without costs.